IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAWN QUINN**                                                                                               **PLAINTIFF**

**v.**                        **Case No. 3:21-cv-00214 KGB**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY and**
**AETNA LIFE INSURANCE COMPANY**                                          **DEFENDANTS**

## ORDER

Before the Court is the unopposed motion for extension of scheduling order deadlines of defendants Hartford Life and Accident Insurance Company and Aetna Life Insurance Company (Dkt. No. 10).  Defendants ask that, pursuant to Local Rule 6.2 of the United States District Court for the Eastern and Western Districts of Arkansas and Federal Rule of Civil Procedure 16, the Court enter an Order extending the current deadlines in the ERISA Scheduling Order it entered on December 2, 2021 (Dkt. No. 9).  Defendants state that additional time is needed to allow them to file amended answers to certain allegations in accordance with newly learned information and to continue settlement negotiations (Dkt. No. 10, ¶ 2).   For good cause shown the Court grants the unopposed motion and extends the deadlines in the scheduling Order as follows:

1. The stipulated record shall be filed with the Court on or before May 2, 2022;

2. Plaintiff Dawn Quinn's brief shall be filed on or before May 16, 2022;

3. Defendants' brief shall be filed on or before May 31, 2022; and

4. Ms. Quinn's reply brief, if she wishes to file one, shall be filed on or before June 6, 2022.

It is so ordered this 1st day of February, 2022.

                                                                                      _____
                                                                                      Kristine G. Baker
                                                                                      United States District Judge