IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAWN QUINN**                                                                                           **PLAINTIFF**

v.                                    **Case No. 3:21-cv-00214 KGB**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY and**
**AETNA LIFE INSURANCE COMPANY**                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The action is dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

It is so ordered this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge